UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

UNITED STATES OF AMERICA

    - v. -

JOSE COLON,

               Defendant.

------------------------------------------------X

ORIGINAL

INFORMATION

14 CRIM 660

    The United States Attorney charges:

    1.  From at least on or about January 2013 up to and including in or about October 2013, in the Southern District of New York and elsewhere, JOSE COLON, the defendant, knowingly did possess and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 06 2014

wit, COLON possessed on a computer in the Bronx, New York, files containing child pornography.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and 2.)

*[signature]*
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**JOSE COLON,**

**Defendant.**

<u>INFORMATION</u>

14 Cr.

(18 U.S.C. §§ 2252A(a)(5)(B) and 2.)

PREET BHARARA
United States Attorney.

10/6/14 - Filed Information
 oc     Filed Waiver of Indictment
                              Judy Rok
                               USMJ