

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 14, 2014

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States* v. *Jose Colon*, 14 Cr. 660 (KMW)

Dear Judge Wood:

    The Government writes to confirm that a status conference has been scheduled in the above-referenced matter for October 27, 2014 at 11:00 a.m. Both parties are available to attend the conference at that time.

    The Government also respectfully requests—with the consent of defense counsel—that time be excluded from the date of this letter until October 27, 2014 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). On October 6, 2014, the defendant was arraigned before Magistrate Judge Andrew J. Peck, and Judge Peck excluded time pursuant to the Speedy Trial Act until October 13, 2014. The Government intends to commence production of discovery prior to the scheduled conference date. Moreover, the parties expect to continue ongoing discussions regarding a possible pretrial resolution of this matter. Accordingly, the Government believes that the ends of justice served by granting the exclusion of time outweigh the best interest of the public and the defendant in a speedy trial. A proposed order is enclosed for your consideration.

    Thank you for your consideration of this request.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney
    Southern District of New York

By:   *[signature]*
    Andrew DeFilippis
    Assistant United States Attorney
    (212) 637-2231

Cc:   Sarah Baumgartel, Esq. (by email)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
UNITED STATES OF AMERICA              :
                                      :
          - v. -                      :     14 Cr. 660 (KMW)
                                      :
JOSE COLON                            :     **ORDER**
                                      :
          Defendant.                  :
                                      :
------------------------------------- x

KIMBA M. WOOD, United States District Judge:

WHEREAS an application has been made by the Government, by and through Assistant United States Attorney Andrew DeFilippis, for an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161 until October 27, 2014;

WHEREAS the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the defendant to review discovery provided in order to decide whether to make any motions, and it will allow parties to discuss a possible disposition of this matter; it is hereby

**ORDERED** that the time from the date of this Order to October 27, 2014, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h), in the interests of justice.


Dated: October ____, 2014
       New York, New York

                                              _____
                                              THE HONORABLE KIMBA W. WOOD
                                              UNITED STATES DISTRICT JUDGE